**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW PARKHURST, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>DOE 1, CORPORATION P, a Utah Corporation sole; DOE 2, CORPORATION B, a Utah corporation sole; and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendant. | Case No. 8:23-cv-00884-JVS-ADS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [53]**<br><br>[*Filed concurrently with Stipulation of Dismissal With Prejudice*]<br><br>Judge: James V. Selna<br><br>Action Filed: December 22, 2022<br>Trial Date: December 10, 2024 |

LARSON
ORANGE COUNTY

ORDER DISMISSING ACTION WITH PREJUDICE

ORDER

Pursuant to the stipulation of the parties under Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees, costs, and expenses.  The Clerk is directed to close the file.

SO ORDERED.

DATED:  June 28, 2024

_____
HON. JAMES V. SELNA
United States District Judge